1  RADOSLOVICH | SHAPIRO, PC
   Megan A. Shapiro, SBN: 270445
2  Leanna L. Henderson, SBN: 314648
   701 University Avenue, Suite 100
3  Sacramento, CA 95825
   Telephone: (916) 565-8161
4  Facsimile: (916) 565-8170

5  Attorneys for Plaintiff,
   TOMASI PLUMBING, INC.

6

7

8                UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 TOMASI PLUMBING INC., a California      Case No.: 2:18-cv-02175-JAM-EFB
   corporation;
12                                         **STIPULATION AND ORDER FOR
                   Plaintiff,              DISMISSAL WITH PREJUDICE**
13 v.

14 ARCH      SPECIALTY     INSURANCE       Complaint Filed: June 27, 2018
   COMPANY, a Missouri domestic surplus
15 lines insurance corporation; and DOES 1-100,
   inclusive
16
                   Defendant.
17

18 / / /

19 / / /

20 / / /

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE**

Plaintiff Tomasi Plumbing, Inc. and Defendant Arch Specialty Insurance Company by and through their respective counsel, hereby stipulate to the dismissal with prejudice of the claims in the above-captioned action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear his or its own fees and costs.

IT IS SO STIPULATED.


Dated: September 13, 2018        RADOSLOVICH | SHAPIRO, PC



                ___/s/ Leanna L. Henderson_____
                LEANNA L. HENDERSON
                Attorney for Plaintiff, TOMASI
                PLUMBING, INC.


Dated: September 13, 2018        WILSON ELSER MOSKOWITZ
                EDELMAN & DICKER, LLP



                ___/s/ John Podesta_____
                JOHN PODESTA
                Attorney for Defendant, ARCH
                SPECIALTY INSURANCE COMPANY


IT IS SO ORDERED.

Dated:  September 13, 2018       /s/ John A. Mendez_____
                Hon. John A. Mendez
                United States District Court Judge